# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 18-11657
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

July 18, 2019

Lyle W. Cayce
Clerk

CAROL M. KAM,

      Plaintiff - Appellant

v.

JOHN B. PEYTON, JR.,

      Defendant - Appellee

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:18-CV-1447

Before JONES, HIGGINSON, and OLDHAM, Circuit Judges.

PER CURIAM:*

This is an appeal from a district's court dismissal, pursuant to the *Rooker-Feldman* doctrine, of the Appellant's claims relating to a probate matter that was fully litigated, decided, and upheld in Texas state courts. The Appellant filed a variety of pro se claims under 42 U.S.C. § 1983 against the state judge who presided over the original probate matter, predicated upon the Appellant's theory that the judge was without jurisdiction to preside over the

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 18-11657

dispute.  The district court, upon the recommendation of a magistrate judge, characterized the Appellant's claims as a thinly-veiled collateral attack on the state courts' final judgment and dismissed the claims under the *Rooker-Feldman* doctrine as articulated by this court in *Phinizy v. State of Ala.*, 847 F.2d 282, 284 (5th Cir. 1988).  After a careful review of the parties' briefs, the district court's decision, and applicable case law, this court **AFFIRMS** the district court's decision for substantially the same reasons articulated in the magistrate's Findings, Conclusions, and Recommendation and adopted by the district court in that case.